No. A–413. LEWIS *v.* UNITED STATES. Application for release on bond, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–445. SOLERWITZ *v.* JONES. Application for bail, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–534 (92–7213). BONHAM *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. D–940. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 498 U. S. 917.]

No. D–1166. IN RE DISBARMENT OF BRODSKY. Disbarment entered. [For earlier order herein, see *ante*, p. 912.]

No. D–1168. IN RE DISBARMENT OF MITCHELL. Disbarment entered. [For earlier order herein, see *ante*, p. 912.]

No. D–1176. IN RE DISBARMENT OF KEITH. Disbarment entered. [For earlier order herein, see *ante*, p. 936.]

No. D–1178. IN RE DISBARMENT OF EISEN. Disbarment entered. [For earlier order herein, see *ante*, p. 936.]

No. D–1179. IN RE DISBARMENT OF FISHMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 936.]

No. D–1180. IN RE DISBARMENT OF LANDAU. Disbarment entered. [For earlier order herein, see *ante*, p. 936.]

No. D–1181. IN RE DISBARMENT OF LEVITAS. Disbarment entered. [For earlier order herein, see *ante*, p. 936.]

No. D–1184. IN RE DISBARMENT OF McQUAIG. Disbarment entered. [For earlier order herein, see *ante*, p. 937.]